UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MALIBU MEDIA, LLC,

                Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
69.123.72.251,

                Defendant.
------------------------------------------------------------X

Civil Action No. 2:17-cv-01082-ADS-SIL

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT  ␣ D N.Y.

★  FEB 26 2018  ★

LONG ISLAND OFFICE

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE**, Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 69.123.72.251. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 9, 2017

                                              Respectfully submitted,

                              By:    */s/ Jacqueline M. James*
                                            Jacqueline M. James, Esq. (1845)
                                            The James Law Firm, PLLC
                                            445 Hamilton Avenue, Suite 1102
                                            White Plains, New York 10601
                                            T: 914-358-6423
                                            F: 914-358-6424
                                            E-mail: jjameslaw@optonline.net
                                            *Attorneys for Plaintiff*

SO ORDERED: The Clerk of the Court is respectfully directed to close the case.

s/ Arthur D. Spatt

_____
Arthur D. Spatt, U.S.D.J.

2/26/18
Date